UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>ELLIS WALKER, )<br>       Defendant. ) | 1:98-cr-00038-LJM-MJD |

## STIPULATION REGARDING MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by counsel, Josh J. Minkler, United States Attorney, and Bradley Blackington, Assistant United States Attorney, and Defendant Ellis Walker by counsel, Sara Varner, that:

1. On December 15, 1999, Ellis Walker was sentenced to 327 months imprisonment based upon a guideline range of 262-327 months (reflecting a final offense level of 36 and a criminal history category of IV).

2. On November 1, 2014, the guideline range under which Mr. Walker was sentenced was lowered by the U.S. Sentencing Commission under Amendment 782, and the Amendment was thereafter made retroactive by unanimous vote of the Commission. Under this Amendment Mr. Walker's guideline range is 210-262 months (reflecting a final offense level of 34 and a criminal history category of IV).

3. Upon review of the underlying facts of the case the parties agree that Mr. Walker is entitled to request relief pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10 and Amendment 782.

4. Based upon the foregoing, the parties hereby stipulate that a sentence reduction of 91 months (from 327 to 236 months) is appropriate in this matter.

5. The parties further stipulate that the remaining components of Mr. Walker's sentence shall

remain unchanged.

6. Undersigned counsel's office has been in contact with Mr. Walker who consents to this entry on his behalf. Mr. Walker stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43 and 18 U.S.C. §3582(c)(2).

7. The parties agree and stipulate that an Order may be entered by this court reducing Defendant's sentence to a term of 236 months.

Date: February 19, 2016                                  Respectfully submitted,


                                                 s/Sara J. Varner
                                               Sara J. Varner, Counsel for Defendant


                                               s/Bradley Blackington
                                               Bradley Blackington
                                               Assistant United States Attorney